ORIGINAL

1 | DARAPIZA_R.trans

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: 472-7332
6 | FAX: 472-7215

7 | Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 2 0 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00085 |
| Plaintiff, ) | |
| v. ) | PETITION TO TRANSFER OVERPAYMENT OF RESTITUTION TO THE CRIME VICTIM FUND |
| RORY OVIEDO DARAPIZA, ) | |
| Defendant. ) | |

PETITION

On May 7, 2003, Defendant RORY OVIEDO DARAPIZA was sentenced, among other things, to pay restitution in the amount of $1,573.82. Plaintiff petitions the Court to transfer the overpaid portion of the restitution to the crime victim fund imposed against the Defendant:

1. The following restitution was imposed against Defendant:

    $1,573.82    Amount of restitution

    $1,542.00    Amount collected (see attachment A)

    $    0.18    Amount overpaid

//
//
//

2. Plaintiff respectfully requests that the Court transfer the full amount of overpayment in the amount of $0.18 to the crime victim fund. Defendant RORY OVIEDO DARAPIZA agrees with the transfer. See Attachment "B."

DATED this 19th day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

- 2 -

# District Court of Guam
# Fees Report

Case: CR-02-00085

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 05/08/2003 | 0022325 | DARAPIZA, RORY O. | CR-02-00085: CR-02-00085<br>U.S.A. vs. DARAPIZA, RORY O.<br>Assessments/Fines | |
| | | | Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>Cash | $ 100.00 |
| 05/29/2003 | 0022440 | DARAPIZA, RORY O. | CR-02-00085: CR-02-00085<br>Re: USA vs Rory O. Darapiza<br>Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s)<br>Cash | $ 100.00 |
| 07/03/2003 | 0022658 | DARAPIZA, RORY O. | CR-02-00085: CR-02-00085<br>U.S.A. vs. RORY O. DARAPIZA<br>Restitution | |
| | | | Restitution | $ 100.00 |
| | | | Payment Type(s)<br>Cash | $ 100.00 |
| 07/18/2003 | 0022754 | DARAPIZA, RORY O. | CR-02-00085: CR-02-00085<br>USA vs RORY O. DARAPIZA<br>Restitution | |
| | | | Restitution | $ 50.00 |
| | | | Payment Type(s)<br>Cash | $ 50.00 |
| 08/28/2003 | 0022949 | DARAPIZA, RORY O. | CR-02-00085: CR-02-00085<br>USA vs RORY O. DARAPIZA<br>Restitution | |
| | | | Restitution | $ 110.00 |
| | | | Payment Type(s)<br>Cash | $ 110.00 |



# District Court of Guam
# Fees Report

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 09/04/2003 | 0022987 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085 Re: USA vs Rory O. Darapiza Restitution | | |
| | | | Restitution | $ | 40.00 |
| | | | Payment Type(s) Cash | $ | 40.00 |
| 10/02/2003 | 0023149 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085 USA vs RORY O. DARAPIZA Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 11/03/2003 | 0023340 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085 USA vs RORY O. DARAPIZA Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 12/01/2003 | 0023488 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085 USA vs RORY O. DARAPIZA Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 01/28/2004 | 0023776 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085 USA vs RORY O. DARAPIZA Restitution | | |
| | | | Restitution | $ | 40.00 |
| | | | Payment Type(s) Cash | $ | 40.00 |

# District Court of Guam
# Fees Report

Case: CR-02-00085

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 03/01/2004 | 0023953 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085<br>USA vs RORY O. DARAPIZA<br>Restitution | | |
| | | | Restitution | $ | 50.00 |
| | | | Payment Type(s)<br>Cash | $ | 50.00 |
| 04/05/2004 | 0024178 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085<br>RE: USA vs RORY A. DARAPIZA<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 04/27/2004 | 0024348 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085<br>USA vs RORY O. DARAPIZA<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 07/02/2004 | 0024743 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085<br>USA vs RORY O. DARAPIZA<br>Restitution | | |
| | | | Restitution | $ | 80.00 |
| | | | Payment Type(s)<br>Cash | $ | 80.00 |
| 08/02/2004 | 0024896 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085<br>RE: USA vs RORY O. DARAPIZA<br>Restitution | | |
| | | | Restitution | $ | 80.00 |
| | | | Payment Type(s)<br>Cash | $ | 80.00 |

# District Court of Guam
# Fees Report

Case: CR-02-00085

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 09/01/2004 | 0025072 | DARAPIZA, RORY O. | CR-02-00085: CR-02-00085<br>USA vs RORY O. DARAPIZA<br>Restitution | | |
| | | | Restitution | $ | 80.00 |
| | | | Payment Type(s)<br>Cash | $ | 80.00 |
| 10/01/2004 | 0025239 | DARAPIZA, RORY O. | CR-02-00085: CR-02-00085<br>USA vs RORY O. DARAPIZA<br>Restitution | | |
| | | | Restitution | $ | 70.00 |
| | | | Payment Type(s)<br>Cash | $ | 70.00 |
| 12/02/2004 | 0025533 | DARAPIZA, RORY O. | CR-02-00085: CR-02-00085<br>USA VS. RORY O. DARAPIZA<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 02/02/2005 | 0025842 | DARAPIZA, RORY O. | CR-02-00085: CR-02-00085<br>USA vs RORY O. DARAPIZA<br>Restitution | | |
| | | | Restitution | $ | 100.00 |
| | | | Payment Type(s)<br>Cash | $ | 100.00 |
| 05/05/2005 | 0026333 | DARAPIZA, RORY O. | CR-02-00085: CR-02-00085<br>USA vs RORY O. DARAPIZA<br>Restitution | | |
| | | | Restitution | $ | 22.00 |
| | | | Payment Type(s)<br>Cash | $ | 22.00 |

# District Court of Guam
# Fees Report

Case: CR-02-00085

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 08/05/2005 | 0026877 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085 USA vs RORY O. DARAPIZA Restitution | | |
| | | | Restitution | $ | 20.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 20.00 |
| 10/05/2005 | 0027212 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: CR-02-00085 USA vs RORY O. DARAPIZA Restitution | | |
| | | | Restitution | $ | 22.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 22.00 |
| 11/04/2005 | 0027478 | DARAPIZA, RORY O. | | | |
| | | | CR-02-00085: USA v. Darapiza Party: DARAPIZA, RORY O. | | |
| | | | Restitution | $ | 10.00 |
| | | | Payment Type(s) | | |
| | | | Cash | $ | 10.00 |

December 5, 2005

U.S. Attorney's Office
Suite 600, Sirena Plaza Bldg.
108 Hernan Cortez Ave.
Hagatna, Guam 96910

US Attorney's Office
Districts of Guam & NMI

JAN 13 2006

Time _____
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

To Whom it May Concern:

I, Rory O. Darapiza, will not make a claim towards an overpayment made to the U.S. Attorney's Office regarding restitution payments made. I would like the amount to be turned over to the Victim's Reimbursement Fund.

_____
RORY O. DARAPIZA
U.S.D.C. Cr. Cs. No. 02-00085-001

cc. File
U.S. District Court of Guam

B