DARAPIZA_R.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 24 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RORY OVIEDO DARAPIZA, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 02-00085 <br><br> ORDER |

Based upon the Plaintiff's Amended Petition to Transfer Overpayment of Restitution to the Crime Victim Fund and the Defendant's non-objection to the transfer, the overpaid portions of restitution in the amount of $0.18 shall be transferred to the Crime Victim Fund.

DATED this 24th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL