# UNITED STATES DISTRICT COURT

FOR THE

__District of Guam__

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

RORY OVIEDO DARAPIZA

CRIMINAL CASE NO. 02-00085-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **May 6, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _/s/ Judy Anne L. Ocampo_
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

_/s/_
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

**RECEIVED**
JUN - 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc: Joseph Tock, SAUSA
   Curtis Vandeveld, Defense Counsel
   File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this _1st_ day of ~~May~~ June 2006.

_/s/_
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL